**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: Richard J. Putt and Mary E Putt　　　　　　　CHAPTER 13
　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO.: 17-12596

## OBJECTION TO PROOF OF CLAIM (Dkt # 5)

COME NOW, Debtors, by and through counsel, and objects to the Proof of Claim filed by Bass & Associates, P.C. on behalf of United Consumer Financial Services, and in support thereof would show unto the Court as follows:

That Debtors are not indebted to Bass & Associates, P.C. on behalf of United Consumer Financial Services in the amount of $2,492.72, nor is the debt a secured debt.

WHEREFORE, PREMISES CONSIDERED, Debtor(s) pray that this objection be received and filed, and at the hearing hereon the proof of claim be wholly disallowed and the debt shall be forever discharged and canceled.

RESPECTFULLY SUBMITTED, on this the 13th day of September, 2017.

　　　　　　　　　　　　　　　　　　　　/s/ Denvil F. Crowe_____
　　　　　　　　　　　　　　　　　　　　DENVIL F. CROWE
　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEBTOR
　　　　　　　　　　　　　　　　　　　　P. O. BOX 1158
　　　　　　　　　　　　　　　　　　　　TUPELO, MS 38802
　　　　　　　　　　　　　　　　　　　　662-844-7949
　　　　　　　　　　　　　　　　　　　　662-680-4816 (fax)
　　　　　　　　　　　　　　　　　　　　MSBN : 9345

## **CERTIFICATE OF SERVICE**

I, Denvil F. Crowe Attorney for Debtor(s), do hereby certify that I have this day mailed a true and correct copy of the above and foregoing, Objection to Proof of Claim by U.S. Mail, postage prepaid to the following:

Office of U S Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

Terre M. Vardaman
PO Box 1326
Brandon, MS 39043-1326
vardaman13@gmail.com

Bass & Associates, P.C.
3936 E. Ft. Lowell, Suite 200
Tucson, AZ 85712


On this the 13th day of September, 2017.


/s/ Denvil F. Crowe_____
DENVIL F. CROWE
ATTORNEY FOR DEBTOR(S)
P. O. BOX 1158
TUPELO, MS 38802
662-844-7949
662-680-4816 (fax)